UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jerome C. Newkirk, Sr., | ) | CA: **4:13-CV-1634-RBH-KDW** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | ORDER |
| | ) | (Regarding Counsel for Plaintiff) |
| James B. Enzor, individually and as an | ) | |
| | ) | |
| Officer of the South Carolina Highway | ) | |
| Patrol, and the South Carolina Department | ) | |
| of Public Safety; | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to be Relieved as Counsel for Plaintiff filed by Plaintiff's counsel of record, J. Thomas McBratney, III and James T. McBratney, Jr. ECF No. 25. Counsel explains in the Motion that Plaintiff discharged them as counsel, attaching a February 27, 2014 letter from Plaintiff to that effect. ECF No. 25-1. In the letter, Plaintiff requests the file in order to "proceed with [the] search for legal counsel." *Id.* Counsel included a Certificate of Service indicating a copy of the Motion was mailed to Plaintiff. ECF No. 25 at 2. By providing the letter, which also includes contact information for Plaintiff, counsel has substantially complied with most of the requirements of Local Civil Rule 83.I.07 (D.S.C.), which sets out specific requirements for counsel's withdrawal of appearance.

In the Motion, counsel indicates Plaintiff "has since retained new counsel." ECF No. 25 at 1. To date, however, no new counsel has entered a notice of appearance in the court. Accordingly, to grant counsels' Motion will leave Plaintiff unrepresented in this matter. In this circumstance, Local Civil Rule 83.I.07 requires that, when the Motion is served on the client, the

client must be advised that he or she may object to the motion within 17 days by providing a letter to the Clerk of Court. Local Civ. R. 83.I.07 (D.S.C.).

No later than March 26, 2014, Plaintiff's current counsel is to provide such a notice to the client, providing the court with a copy of that letter by filing it in the court's electronic filing system ("ECF").

If Plaintiff has obtained new counsel, that counsel is to enter a notice of appearance in this court no later than March 31, 2014.

The Clerk of Court is to mail a copy of this Order to Plaintiff at the address provided by counsel.

IT IS SO ORDERED.

March 24, 2014                                                         Kaymani D. West
Florence, South Carolina                                     United States Magistrate Judge