IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jerome C. Newkirk, | ) |
|       Plaintiff, | ) Civil Action No. 2:13-1634-RMG |
| vs. | ) |
| James B. Enzor, | ) |
|       Defendant. | ) **VERDICT FORM** |

We, the jury, unanimously find as follows:

1. In regard to the claim of Jerome C. Newkirk against James B. Enzor for alleged false arrest on October 14, 2012, we find for:

    __✓__ Plaintiff Jerome C. Newkirk

    _____ Defendant James B. Enzor

    *If you found for Plaintiff Jerome C. Newkirk in Question 1, proceed to Question 2. If you found for Defendant James B. Enzor in Question 1, you have completed your deliberations regarding the claims of Jerome C. Newkirk, and your Foreperson should sign and date the Verdict Form.*

2. In regard to the claim in which we found for Plaintiff Jerome C. Newkirk against Defendant James B. Enzor, we award actual or nominal damages to Jerome C. Newkirk in the amount of $ __300,000__.

    Three hundred thousand 0/100 dollars

    *Proceed to Question No. 3.*

-1-

2:13-cv-01634-RMG    Date Filed 03/15/17    Entry Number 175    Page 2 of 2

3. In regard to Plaintiff Jerome C. Newkirk's request for punitive damages against Defendant James B. Enzor, we find for:

    ✓ Plaintiff Jerome C. Newkirk and award punitive damages against Defendant James B. Enzor in the amount of $ 25,000.

Twenty-five thousand 0/100 dollars

\_\_\_\_ Defendant James B. Enzor

*Your deliberations are completed regarding the claims of Jerome C. Newkirk. Your Foreperson should sign and date the Verdict Form.*



Jury Foreperson

March 15, 2017

-2-