# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerome C. Newkirk </br> *Plaintiff,,* </br> v. </br> James B. Enzor </br> *Defendant,* | ) </br> ) </br> ) Civil Action No.   2:13-CV-01634-RMG </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, <u>Jerome C. Newkirk,</u> recover from the defendant, <u>James B. Enzor</u>, the amount of <u>Three hundred thousand and 00/100 dollars ($300,000.00)</u> actual damages, and <u>Twenty five thousand and 00/100 dollars ($25,000.00)</u> punitive damages, plus post judgment interest at the statutory.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❐ other:

This action was *(check one)*:

■ tried by a jury, the Honorable <u>Richard M. Gergel</u> presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

❐ decided by Judge

Date:   March 16, 2017

*CLERK OF COURT*

s/ E. Ravenel-Bright, Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*